No. 05–491. TEXAS COMMERCIAL ENERGY *v.* TXU ENERGY, INC., ET AL. C. A. 5th Cir. Certiorari denied. 

No. 05–494. CHESHEWALLA ET AL. *v.* RAND & SON CONSTRUCTION CO. C. A. 8th Cir. Certiorari denied. 

No. 05–495. DIAMOND *v.* COLONIAL LIFE & ACCIDENT INSURANCE CO. C. A. 4th Cir. Certiorari denied. 

No. 05–496. RICHARD *v.* INDIANA. Ct. App. Ind. Certiorari denied. 

No. 05–498. LEE *v.* 2050 S. HAVANA (DTSE) LLC, DBA KOMART MALL ON HAVANA HEIGHTS, ET AL. Ct. App. Colo. Certiorari denied.

No. 05–501. BREEDLOVE *v.* MCCALLA, RAYMER, PADRICK, COBB, NICHOLS & CLARK, LLC, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 05–515. WILLIAMS ET AL. *v.* MISSOURI DEPARTMENT OF MENTAL HEALTH ET AL. C. A. 8th Cir. Certiorari denied. 

No. 05–516. MICHIGAN *v.* WEEMS. Ct. App. Mich. Certiorari denied.

No. 05–518. RING *v.* RAMEKER. C. A. 7th Cir. Certiorari denied. 

No. 05–520. WHITE BUFFALO VENTURES, LLC *v.* UNIVERSITY OF TEXAS AT AUSTIN. C. A. 5th Cir. Certiorari denied. 

No. 05–523. MILES *v.* SIERRA CLUB ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 05–524. BEAZER EAST, INC. *v.* MEAD CORP. C. A. 3d Cir. Certiorari denied. 

No. 05–530. WATSON, AS PARENT OF WATSON, A DISABLED STUDENT *v.* KINGSTON CITY SCHOOL DISTRICT. C. A. 2d Cir. Certiorari denied.